John S. Desiderio, Esq. (JSD4835)
Attorney for Creditor John Desiderio, Sr.
50 Gerard Street, Suite 100A
Huntington, New York 11743
(718) 757-9477

**Hearing Date: JUNE 5, 2014**
**Time: 2:00 P.M.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Chapter 7

------------------------------------------------------------------------X

In re:

Case No. 13-45106-CEC

VIKI DEVANI,

Debtor.

------------------------------------------------------------------------X

JOHN DESIDERIO,

Adv. Pro. No. 14-01025-CEC

Plaintiff,

-against-

**<u>NOTICE OF CROSS-MOTION</u>**

VIKI DEVANI,

Defendant.

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, the undersigned counsel for Plaintiff, an unsecured creditor of VIKI DEVANI ("Debtor"), upon the affirmation of John S. Desiderio, dated May 13, 2014, and supporting papers thereto, will cross-move before the Honorable Carla E. Craig, Chief Judge, at the United States Bankruptcy Court, EDNY, Conrad B. Duberstein Courthouse, 271 Cadman Plaza East, Room 3529, Brooklyn, New York 11201-1800, on June 5, 2014, at 2:00 p.m., or as soon thereafter as counsel may be heard, for an Order: (a) compelling the Debtor to appear for deposition; (b) compelling Debtor to produce full and complete responses to Plaintiff's Interrogatories; and (c) awarding Plaintiff's his legal fees and costs incurred in making this cross-motion, and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in this motion shall be filed as follows: (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order #M-242 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov, the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and (ii) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order #M-242, and objections shall be served upon: (a) the attorney for the Debtor, Vivian Sobers, Sobers Law, PLLC, 11 Broadway, Suite 615, New York, New York 10004; and (b) the attorney for Plaintiff, John S. Desiderio, Esq., 50 Gerard Street, Suite 100A, Huntington, New York 11743, so as to be received no later than seven (7) days prior to the hearing date hereof.

Dated: Huntington, New York
May 13, 2014

/s/ John S. Desiderio, Esq.

JOHN S. DESIDERIO (JSD 4835)
Attorney for Creditor John Desiderio, Sr.
50 Gerard Street, Suite 100A
Huntington, New York 11743
(718) 757-9477