UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

Chapter 7

VIKI DEVANI,

Case No. 13-45106-CEC

Debtor.
------------------------------------------------------------------------X
JOHN DESIDERIO,

Plaintiff,

Adv. Pro. No.:14-01025-CEC

-against-

**INTERROGATORIES**

VIKI DEVANI,

Defendant.
-------------------------------------------------------------------------X

John Desiderio, Sr. ("Plaintiff"), by his attorney, John S. Desiderio, Esq., pursuant to Rule 33 of the Federal Rules of Civil Procedure, made applicable herein pursuant to Rule 7033 of the Federal Rules of Bankruptcy Procedure, submits the following interrogatories to Vik Devani ("Defendant" or "Debtor"). Each interrogatory is to be answered fully and under oath, with such answers returned to the undersigned at his address listed within thirty (30) days of the service hereof.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

Dated: Huntington, New York
February 18, 2014

/s/ John S. Desiderio, Esq.

JOHN S. DESIDERIO (JSD 4835)
Attorney for Plaintiff John Desiderio, Sr.
50 Gerard Street, Suite 100A
Huntington, New York 11743
(718) 757-9477

1. For all monies borrowed by, or given to, Debtor from August 21, 2011 through August 21, 2013, state the full name, address, and relationship to the Debtor of any and all persons from whom such monies were borrowed or given to Debtor, stating whether such monies were borrowed or, in fact, given, and the amount and date such monies were borrowed or given.

RESPONSE:

2. State the account number, names on such accounts, all signatories, types of account, the status and balance of such accounts on August 21, 2013, and full name and address of the bank, for all bank accounts in which the Debtor has, or has had, an interest from August 21, 2012 through August 21, 2013.

RESPONSE:

\

3. State the name, address and telephone number of any and all individuals or firms who have, since August 21, 2009, kept, maintained or supervised, the books of account and financial records of Veda Medica, LLC, BWELL4EVER, Nutrifood, Inc., Riddhi Siddhi Advanced Nutrition, Inc. and Maximum Health, Inc.

RESPONSE:

4. State the full names, addresses, percentage of ownership interest, date on which they became owners, consideration paid for such ownership interest, and position and duties, of all persons owning any interest in Veda Medica, LLC and BWELL4EVER.

RESPONSE:

5. State the full name of insurer(s), policy number(s), and monthly premium for automobile insurance on any and all automobiles owned or leased, whether individually or jointly, by Debtor from January 1, 2012 through August 21, 2013, and the source(s) of the payment of such premiums during such time.

RESPONSE:

6. State the full amount paid, dates of payments, form of payments, and sources of payments by, or on behalf of, Debtor to Stephen Feder, Vivian Sobers, and Sobers Law, PLLC for legal services rendered in the action in Supreme Court, Queens County, under index number 17915/2009, entitled John Desiderio v. Vik Devani, et ano.

RESPONSE:

7. State the Debtor's gross annual income, and all sources thereof, including company names and addresses, of such income and method of payment thereof to Debtor for each of the following years:

RESPONSE:

(a) 2012

(b) 2011

(c) 2010

(d) 2009

I declare under the penalty of perjury that the above information provided in response to Plaintiff's interrogatories is true, accurate and complete.

______________________________
VIKI DEVANI

Sworn to before me this ____ day of _________________________, 2014

______________________________ Seal/Stamp:
Notary Public