UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:

VIKI DEVANI,

Debtor.

Chapter 7

Case No. 13-45106-CEC

------------------------------------------------------------------X

Adv. Pro. No.: 1-14-01025-CEC

JOHN DESIDERIO,

Plaintiff,

-against-

VIKI DEVANI,

Defendant.

------------------------------------------------------------------X

NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

**PLEASE TAKE NOTICE** that, pursuant to Rule 7030 of the Bankruptcy Rules and Rule 30 of the Federal Rules of Civil Procedure, the testimony, upon oral examination, of defendant Viki Devani, as an adverse party, shall be taken before a notary public who is not an attorney, or employee of an attorney for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the New York Supreme Court, Nassau County, lower level, 100 Supreme Court Drive, Mineola, New York 11501, on the 14th day of April 2014, at 10:00 o'clock in the forenoon of that day with respect to evidence material and necessary to in the prosecution of plaintiff's claims in this adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that, the said person to be examined is required to produce at such examination all books, papers, records and documents necessary and relevant to the subject matter of this adversary proceeding.

Dated: Huntington, New York
March 24, 2014

JOHN S. DESIDERIO, ESQ.
Attorney for Plaintiff John Desiderio, Sr.
50 Gerard Street, Suite 100A
Huntington, New York 11743
(718) 757-9477

TO: Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004

Viki Devani
78-32 266th Street
Floral Park, New York 11004