**JOHN S. DESIDERIO, ESQ.**
50 GERARD STREET, SUITE 100A
HUNTINGTON, NEW YORK 11743
(718) 757-9477

March 24, 2014

**FACSIMILE (888) 324-4753 & FIRST CLASS MAIL**

Vivian Sobers
Sobers Law, PLLC
11 Broadway, Suite 615
New York, New York 10004

Re: Chapter 7 Case: Vik Devani (the "Debtor")
Case No.: 1-13-45106-CEC
Adv. Pro. No.: 14-01025-CEC
Plaintiff's Interrogatories

Dear Ms. Sobers:

You are hereby advised that we have not received Debtor's response to plaintiff's Interrogatories, as served on February 18, 2014, which required a response thereto within thirty (30) day of service thereof.

In a good faith effort to resolve this matter prior to seeking involvement of the Court, we hereby extend the response time until April 4, 2014. If a complete, sworn response to the Interrogatories is not received by April 4, 2014, we will have no alternative but to seek redress from the Court.

Very truly yours,

John S. Desiderio

**JOHN S. DESIDERIO, ESQ.**
50 GERARD STREET, SUITE 100A
HUNTINGTON, NEW YORK 11743
(718) 757-9477

April 11, 2014

**VIA EMAIL AND FIRST CLASS MAIL**

Vivian Sobers
Sobers Law, PLLC
11 Broadway, Suite 615
New York, New York 10004

Re: Chapter 7 Case: Vik Devani (the "Debtor")
Case No.: 1-13-45106-CEC
Depositions

Dear Ms. Sobers:

This letter shall confirm that the deposition of your client, Viki Devani, presently scheduled for Monday, April 14, 2014, is adjourned to April 28, 2014 at the same time and place as set forth in the Notice to Take Deposition as previously served.

You are also informed that I will make my client available for your deposition at such time.

Very truly yours,

John S. Desiderio