UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:

VIKI DEVANI,

Debtor.

Chapter 7

Case No. 13-45106-CEC

--------------------------------------------------------------X

JOHN DESIDERIO,

Plaintiff.

-against-

VIKI DEVANI,

Defendant.

Adv. Pro. No.: 14-01025-CEC

**RESPONSE TO INTERROGATORIES**

--------------------------------------------------------------X

Viki Devani ("Defendant" or "Debtor"), by his attorney, Vivian Sobers Esq., pursuant to Rule 33 of the Federal Rules of Procedure, made applicable herein pursuant to Rule 7033 of the Federal Rules of Bankruptcy Procedure, submits the following response to interrogatories to John Desiderio ("Plaintiff").

**GENERAL OBJECTIONS**

1. Defendant objects to each interrogatory: (1) insofar as it seeks information that was prepared for or in anticipation of litigation, constitutes attorney work product, contains attorney-client communications, or is otherwise privileged; (2) insofar as it seeks information which is publicly available or otherwise equally available and/or uniquely or equally available from third parties; and (3) insofar as it seeks information not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

2. These responses and objections are made on the basis of information now known to Defendant and are made without waiving any further objections to, or admitting the relevancy or materiality of, any of the information requested.

3. Defendant's investigation, discovery, and preparation for proceedings are continuing and all answers are given without prejudice to Defendant's right to introduce or object to the discovery of any documents, facts, or information discovered after the date hereof. Defendant likewise does not waive the right to object, on any and all

to (1) the evidentiary use of the information contained in these responses and objections; and (2) discovery requests relating to these objections and responses.

**Interrogatory 1.**
For all monies borrowed or given to, Debtor from August 21,2011 through August 21,2013, state the full name, address, and relationship to the Debtor of any and all persons from whom such monies were borrowed or given to Debtor, stating whether such monies were borrowed or, in fact, given, and the amount and date such monies were borrowed or given.

**Response.**
Objection. This Interrogatory is vague, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving the objection, Debtor has not borrowed or given monies to any and all persons from August 21, 2011 through August 21, 2013, however, his father, Peter Devani, borrowed $6,000.00 from his daughter Rina and $6,500.00 from an ex-employee who has since moved to Oklahoma.

**Interrogatory 2.**
State the account number, names on such accounts, all signatories, types of account, the status and balance of such accounts on August 21, 2013, and full name and address of the bank, or all bank accounts in which the Debtor has, or has had, an interest from August 21, 2012 through August 21, 2013.

**Response.**
Objection. This Interrogatory is vague, unduly burdensome and not reasonably calculated to lead to lead to the discovery of admissible evidence. Without waiving the objection, the bank accounts where debtor has an interest are as follows:

1. Wells Fargo for BWELL4EVER: account #: 2298717766
2. HSBC for Riddhi Siddhi Advanced account #: 138-75289-3
3. Citibank, N.A. for Riddhi Siddhi Advanced account#: 4974919144
4. Citibank for Maximum Health account#: 500370770
5. HSBC A/C 656114294

**Interrogatory 3.**
State the name, address and telephone number of any and all individuals or firms who have, since August 21, 2009, kept, maintained or supervised, the books of account and financial records of Veda Medica, LLC., BWELL4EVER, Nutrifood, Inc., Riddhi Siddhi Advanced Nurtition, Inc. and Maximum Health, Inc.

**Response.**
Mindy Lamantia maintained the books of account and financial records of Nutrifood, Inc., Riddhi Siddhi Advanced Nutrition, Inc. and Maximum Health, Inc. Peter "Bharat" Devani has kept the maintained the books of account and financial records for Veda Medica, LLC d/b/a BWELL4EVER.

**Interrogatory 4.**

State the full names, addresses, percentage of ownership interest, date on which they became owners, consideration paid for such ownership interest, and position and duties, of all persons owning any interest in Veda Medica, LLC and BEWELL4EVER.

**Response.**
Objection. This Interrogatory is vague, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving the objection, Anjana Devani has 70%, Peter Devani, has 15% and Debtor has 15%.

**Interrogatory 5.**
State the full name of insurer(s), policy number(s), and monthly premium for automobile insurance on any and all automobiles owned or leased, whether individually or jointly, by Debtor from January 1,2012 through August 21,2013, and the source(s) of the payment such premiums during such time.

**Response.**
Objection as it seeks information not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the objection, Debtor is currently leasing an automobile. The policy is with E-Surance, policy number PANY-004948978, payment is $140.00 (one hundred forty only) a month.

**Interrogatory 6.**
State the full amount paid, dates of payments, form of payments, and sources of payments by, or on behalf of, Debtor Stephen Feder, Vivian Sobers and Sobers Law, PLLC for legal services rendered in the action in Supreme Court, Queens County, under index number 17915/2009, entitled John Desiderio v. Vik Devani, et ano.

**Response.**
Objection as it seeks information not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the objection, debtor paid attorney Vivian Sobers and Sobers Law, PLLC for legal services rendered in the action in Supreme Court, Queens County, under index number 17915/2009, entitled John Desiderio v. Vik Devani, et ano a flat fee of $1,000.00.

**Interrogatory 7.**
State the Debtor's gross income, and all sources thereof, including company names and addresses, of such income and method of payment thereof to Debtor for each of the following years:

a. 2012
b. 2011
c. 2010
d. 2009

**Response.**

Objection. This Interrogatory is vague, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence as this information was previously provided in response to Creditor's 2004 Subpoena.

Dated: April 7, 2014

SOBERS LAW PLLC

By: ______________________
Vivian Sobers, Esq.
Counsel for Defendant
VIKI DEVANI
11 Broadway, Suite 615
New York, New York 10004
P: (347) 244-3687
F: (888) 324-4753

To: John S. Desiderio, Esq.
Attorney for John Desiderio, Sr.
50 Gerard Street, Suite 100A
Huntington. New York 11743
P: (718) 757-9477

**VERIFICATION**

I certify under penalty of perjury under the laws of the State of New York that the foregoing Responses to Interrogatories are true and correct.

VIKI DEVANI

Sworn to before me this
7 day of April, 2014

JUDY MEZZONE
Notary Public - State of New York
No. 01ME4041189
Qualified in Nassau County
My Commission Expires Feb. 28, 2018

NOTARY PUBLIC