Gmail

John Desiderio <lawjsd@gmail.com>

**Settlement**
2 messages

**Vivian Sobers** <vsobers@soberslaw.com> Mon, Apr 28, 2014 at 8:03 AM
To: John Desiderio <lawjsd@gmail.com>

Mr. Desiderio:

I wanted to thank you again for your patience. I have been speaking with the debtor about your new offer. There has been some back and forth and I'm still working on trying to get this matter settled. Would you be willing to extend your deadline to Wednesday? As I mentioned, I believe it would benefit both sides to settle this matter instead of continuing with motion practice and trial. Thanks again.

--

Vivian Sobers, Esq.
Sobers Law PLLC
11 Broadway, Suite 615
New York, NY 10004
T. (347) 244-3687
F. (888) 324-4753

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by SOBERS LAW PLLC, its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. REQUIRED DISCLAIMER: THIS INFORMATION IS GENERALIZED AND S
HOULD NOT BE RELIED UPON AS LEGAL ADVISE-UNLESS IT IS EXPRESSLY SO STATED; PLEASE BE ADVISED THAT THIS COMMUNICATION DOES NOT CREATE A LAWYER-CLIENT RELATIONSHIP.

**John Desiderio** <lawjsd@gmail.com> Mon, Apr 28, 2014 at 11:32 AM
To: Vivian Sobers <vsobers@soberslaw.com>

As, in addition to his ridiculous filing, your client failed to appear for deposition (after numerous good faith extensions), has failed to produce complete responses to our interrogatories, previously refused to consent to extend our time to object to discharge forcing us to file the adversary in the first place, and your adjournment of this matter at the last conference for more than two months to allow for your deposition of my client, which it is clear you have no intention of conducting, this matter has been unreasonably delayed more than enough.

While I cannot extend any prior set deadline, I will let you know that I will not be filing my motion until Thursday. Should your client present an offer to settle that meets or exceeds our last offer, we will certainly consider it - that is, only until the filing of the aforesaid motion.

Please note I do hope that, in anticipation of your client's refusal to settle this matter, you are/will be both demanding payment for services previously rendered and payment of a retainer for the upcoming six day trial

(and the massive amount of work & cost which that entails).

John S. Desiderio, Esq.
50 Gerard Street, Suite 100A
Huntington, New York 11743
Tel. 718.757.947

**CONFIDENTIALITY NOTICE:**

This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, use, distribution or copying of this email, its contents, and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete the email and any attachments and destroy any tangible manifestation thereof.

Call
Send SMS
Add to Skype
You'll need Skype CreditFree via Skype
Call
Send SMS
Add to Skype
You'll need Skype CreditFree via Skype
[Quoted text hidden]