UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

VIKI DEVANI,

Debtor.
-----------------------------------------------------------------------X
JOHN DESIDERIO,

Plaintiff,

-against-

VIKI DEVANI,

Defendant.
-----------------------------------------------------------------------X

Chapter 7

Case No. 13-45106-CEC

Adv. Pro. No.:14-01025-CEC

**Affidavit of Service**

STATE OF NEW YORK )
)ss:
COUNTY OF NASSAU )

Robert H. Wilgosz, being duly sworn, deposes and says: I am not a party to the above captioned action, am over 18 years of age, and reside in Nassau County, New York.

On the 2nd day of June, 2014, I served the Plaintiff's Reply Affirmation, and supporting papers, in the above captioned action upon:

Vivian Sobers, Esq.
Sobers Law, PLLC
11 Broadway, Suite 615
New York, New York 10004

Viki Devani
78-32 266th Street
Floral Park, New York 11004

by depositing a true copy thereof, enclosed in first class postage paid wrappers, in an official depository under the exclusive care and custody of the United States Post Office within New York State, addressed to each of the above named persons at the last known address set forth after each name.

/s/ Robert H. Wilgosz
ROBERT H. WILGOSZ

Sworn to before me this 2nd day
of June, 2014
/s/ John S. Desiderio
Notary Public, State of New York
No. 02DE6114707
Qualified in Nassau County
Commission Expires August 23, 2016