United States Bankruptcy Court
Eastern District of New York

Desiderio,
Plaintiff

Adv. Proc. No. 14-01025-cec

Devani,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-1 User: dcapers Page 1 of 1 Date Rcvd: Nov 25, 2015
Form ID: 296 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2015.

+Rachel Blumenfeld, 26 Court Street Suite 2400, Brooklyn, NY 11242-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2015 at the address(es) listed below:

Gregory M. Messer on behalf of Defendant Viki Devani gremesser@aol.com, lduc@aol.com, gmesser@messer-law.com,mwilliams@messer-law.com
John S Desiderio on behalf of Plaintiff John Desiderio lawjsd@gmail.com
Pankaj Malik on behalf of Defendant Viki Devani pmalik@malikpc.com, outsourcedparalegal@gmail.com

TOTAL: 3

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE: CASE NO: 1−14−01025−cec

Desiderio v. Devani

SSN/TAX ID: CHAPTER: 0

DEBTOR(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on 11/20/14 was filed on 11/24/15.

The following deadlines apply:

The parties have until December 1, 2015 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 15, 2015.

If a Transcript Redaction Request is filed, the redacted transcript is due December 28, 2015.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is February 22, 2016 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888−706−4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: November 25, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court